LAW OFFICE OF FRANK J. BROCCOLO
Frank J. Broccolo (SBN 210711)
7083 Hollywood Boulevard
Los Angeles, California 90028
Telephone: (310) 694-1795
frank@broccololaw.com

Attorney for Plaintiff Westlake Coach Company, LLC

NELSON MULLINS RILEY & SCARBOROUGH LLP
Maurice Sanchez (SBN 101317)         Mark T. Clouatre (*pro hac vice*)
Crispin Collins (SBN 311755)         Blake Gansborg (*pro hac vice*)
19191 South Vermont Ave., Suite 900  1400 Wewatta Street, Suite 500
Torrance, CA 90502                   Denver, CO 80202
Telephone: (424) 221-7400            Telephone: (303) 583-9900
mo.sanchez@nelsonmullins.com         mark.clouatre@nelsonmullins.com
crispin.collins@nelsonmullins.com    blake.gansborg@nelsonmullins.com

Attorneys for Defendant Maserati North America, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WESTLAKE COACH COMPANY, LLC, a California limited liability company,<br><br>Plaintiff,<br>v.<br><br>MASERATI NORTH AMERICA, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-06098 FMO (PLAx)<br><br>**ORDER ON STIPULATION [21] TO REMAND CASE** |

# **ORDER**

The Court has reviewed the parties' Joint Stipulation to Remand Action to State Court and, good cause appearing therefor, hereby orders as follows:

1. The parties' stipulation is **GRANTED.**
2. All hearing dates and other deadlines set forth in this Court's order dated July 27, 2018 are hereby abrogated.
3. This action, with the case number 2:18-cv-06098 in the United States District Court for the Central District of California, is hereby remanded to the Los Angeles County Superior Court (the "State Court").
4. Defendant Maserati North America, Inc. shall provide notice of this order to the State Court in three court days to reinstate this matter to the civil active list as stated in the State Court's July 20 Minute Order.

**IT IS SO ORDERED.**

Dated: August 9, 2018                    _____/s/_____
                                                          Hon. Fernando M. Olguin